IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

VS.                                                    CRIMINAL ACTION NO. 1:06-cr-36-KS-JMR

DONALD NGUYEN                                                                DEFENDANT

## ORDER

THIS CAUSE IS BEFORE THE COURT on Motion [26] for Remission of Fine filed by the United States. The motion has apparently been abandoned, and the Court finds that the motion should be DENIED.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Motion for Remission of Fine be and the same is hereby DENIED.

SO ORDERED this the __11th____ day of May, 2018.


                                           ___s/Keith Starrett_____
                                           UNITED STATES DISTRICT JUDGE